# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4307 | **DATE** | 9/20/2004 |
| **CASE TITLE** | USA vs. Enecon Ortiz | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
 ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Ortiz' application to proceed on appeal without prepayment is granted. (10-1, 11-1) Accordingly, Ortiz is assessed an initial partial filing fee of $20.28. The Trust fund officer is authorized to collect monthly payment in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments are to be collected until the full $255 filing fee is paid.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | SEP 2 2 2004 | |
| | Notified counsel by telephone. | | date docketed | 13 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 9/21/2004 | |
| SN | courtroom deputy's initials | | date mailed notice SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
        v.                       )   No. 04 C 4307
                                 )   (02 CR 1071-1)
ENECON ORTIZ,                    )
                                 )
            Defendant.           )

MEMORANDUM OPINION AND ORDER

Enecon Ortiz ("Ortiz") has filed a pro se notice of appeal from this Court's summary dismissal of his 28 U.S.C. §2255 ("Section 2255") motion. When Ortiz then mistakenly filed his motion for leave to appeal in forma pauperis in the Court of Appeals, that court ordered that the motion be transferred to the Clerk of this District Court so that this Court could rule on the motion.

Although the filing of a Section 2255 motion in this District Court imposes no filing fee obligation, Ortiz' current appeal requires payment of the same $255 in aggregate appellate fees as any other type of appeal. That in turn brings into play 28 U.S.C. §1915, which specifies in part (Section 1915(b)(1)) that a person in custody (such as Ortiz) must pay the entire filing fee, albeit in installments. For that purpose Ortiz has obtained and submitted a printout showing the transactions in his prisoner trust fund account at Lexington Federal Medical Center ("Lexington"), where he is in custody (see Section 1915(a)(2)).

This Court's review of that printout reflects that the average monthly deposits to Ortiz' account (the larger of the two figures identified in Section 1915(b)(1)) came to $101.38. That being so, the required initial partial filing fee--20% of that amount (id.)--is $20.28. Accordingly, Ortiz is assessed such an initial partial filing fee of $20.28, and the Lexington trust fund officer is ordered to collect that sum from Ortiz' trust fund account there and to pay it directly to the Clerk of this District Court ("Clerk").

After such payment, the trust fund officer at Lexington (or at any other correctional facility where Ortiz may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $255 in filing fees is paid.

Both the initial payment and all future payments shall be sent to the Clerk, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attention: Fiscal Department, and shall clearly identify Ortiz' name and the 04 C 4307 case number assigned to this action.[1] To implement these

---

[1] If the fact that the fees are in connection with Ortiz' appeal causes the Clerk's Office to identify the payments in terms of the Court of Appeals' docket number instead, that office

requirements, the Clerk shall send a copy of this order to the Lexington trust fund officer.

                                  *[signature]*
                                  Milton I. Shadur
                                  Senior United States District Judge

Date:   September 20, 2004

---

is expected to advise the correctional facility accordingly.